# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 4337156-9

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. PHILLIP FRUGE

      Defendant.

---

## ORDER:  MOTION TO CONTINUE

ORDERS:    The COURT having considered Defendant's Motion to Continue, HEREBY

_____ The Defendant's Motion is denied.

__X__ The Defendant's Motion is granted.  The Initial Appearance is continued to
_January 6, 2015 @ 9:00 AM_.

DONE and signed this __26th__ day of __November__, 2014.

s/ David L West
FEDERAL MAGISTRATE DAVID L. WEST

xc: Brian Schowalter
    US Attorney